440 A.2d 1254

Linko, Appellants v. Haupt.

 Argued December 4, 1980. Richard S. Campagna, for appellants; Richard W. Baglet, Jr., for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.